April 14, 2020

Clerk of the Court
United States District Court
Southern District of New York
Daniel P. Moynihan Federal Courthouse
500 Pearl Street
Room 100
New York, New York 10007

Ladies/Gentlemen:

The Plaintiff, pro se, respectfully requests [Renzer Bell v. Charles Gray, et al. case no. **20 CV 01588**] that the Clerk of Court amend the filing date listed on the docket for the instant action to February 19, 2020 since the postal wrapper containing the Complaint was received on February 19, 2020 as evinced by the United States Postal Service tracking confirmation annexed hereto as Exhibit A.

The disparity between the current start date listed on the docket for the instant action, and the date the Complaint was received by the United States District Court for the Southern District of New York is due to the fact that the Plaintiff is required to mail the Complaint to the Pro Se Intake Unit which for some reason utilizes the date that the Complaint was actually received in their office instead of the date that the Complaint was received by the United States District Court for the Southern District of New York.

The Plaintiff's equitable rights should not prejudiced by the system that requires pro se litigants to communicate, and process documents through the Pro Se Intake Unit.

Thank you for your attention, and consideration to this urgent matter.

Sincerely,

Renzer Bell
(253)528-6971
(904)743-7461

Encl.

# EXHIBIT A

Tracking Number: EE334851186US

**Scheduled Delivery by**

**THURSDAY**
**20**
FEBRUARY
2020 ⓘ

by **12:00pm** ⓘ

**Status**

✓ **Delivered**
February 19, 2020 at 11:06 am
Delivered
NEW YORK, NY 10007

Get Updates ∨

Text & Email Updates ‹

Proof of Delivery ‹

Tracking History ‹

Product Information ‹

See Less ∧

Delivered

Renzer Bell
5736 Cleveland Road
Jacksonville, Florida 32209

Fee $E
6P

Clerk of Court
United States District Court
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
Room 120
New York, New York 10007

JACKSONVILLE FL 320
25 APR 2020 PM 2 L