UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENZER BELL,<br><br>         Plaintiff,<br><br>   - against -<br><br>CHARLES GRAY,<br><br>         Defendant. | 20 Civ. 1588<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the initial conference in this action is set for June 11, 2020, and pre-conference materials are due on June 4, 2020.  ECF 6;

WHEREAS, Defendants have not appeared in this matter and proof of service is not on the docket.  It is hereby

**ORDERED** that the initial conference set for June 11, 2020, at 10:30 A.M. is adjourned to **July 2, 2020, at 10:30 A.M.**  Pre-conference materials are due on June 25, 2020.  It is further

**ORDERED** that Plaintiff shall file proof of service of the complaint on the docket as soon as possible.

Dated: June 5, 2020
   New York, New York

                   _____
                     LORNA G. SCHOFIELD
                   UNITED STATES DISTRICT JUDGE