UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RENZER BELL,
                          Plaintiff,

              -against-

CHARLES GRAY,

                         Defendant.
------------------------------------------------------------X

20 Civ. 1588 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated June 5, 2020, set the initial conference for July 2, 2020, at 10:30 A.M, and ordered that pre-conference materials are due on June 25, 2020. ECF 12. The Order also directed Plaintiff to file proof of service on the docket. *Id*;

WHEREAS, the parties did not timely file pre-conference materials and proof of service is not on the docket. It is hereby

**ORDERED** that the initial conference set for July 2, 2020, at 10:30 A.M. is adjourned to July 16, 2020, at 10:30 A.M. Pre-conference materials are due on July 9, 2020. It is further

**ORDERED** that Plaintiff shall file proof of service of the Complaint on the docket as soon as possible.

If no submissions are filed between now and July 9, 2020, then the Court may dismiss this action for failure to prosecute.

Dated: June 26, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**