UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RENZER BELL,
                             Plaintiff,

                          20 Civ. 1588 (LGS)

          -against-

                          ORDER

CHARLES GRAY,

                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated June 26, 2020, directed Plaintiff to file proof of service of the Complaint on the docket as soon as possible, and adjourned the July 2, 2020, initial conference to July 16, 2020. ECF 13. The Order further stated that "[i]f no submissions are filed between now and July 9, 2020," which is the date that pre-conference materials are due, "then the Court may dismiss this action for failure to prosecute." *Id.*;

WHEREAS, this action was filed on February 24, 2020. ECF 1. Plaintiff has made no communications with the Court since April 24, 2020, despite orders directing a response issued on June 5, 2020, and June 26, 2020. *See* ECF 8, 12, 13. It is hereby

**ORDERED** that the initial conference in this action set for July 16, 2020, at 10:30 A.M. is adjourned to July 30, 2020, at 10:30 A.M. It is further

**ORDERED** that Plaintiff shall file proof of service of the Complaint on the docket no later than July 23, 2020.

If Plaintiff fails to file any response to this Order by July 23, 2020, the Court will dismiss this action for failure to prosecute. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: July 10, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE