UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Renzer Bell

        Plaintiff,

-against-

Charles Gray,

        Defendant.

Case No.: **20 CV 01588(LGS)(SLC)**

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION TO ADJOURN, OR ENLARGE THE TIME TO FILE PROOF OF SERVICE**

STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) SS.:

Renzer Bell, makes the following affirmation under the penalties of perjury:

    I, Renzer Bell, am Plaintiff in the above titled action, and respectfully move this Court to issue for an Order, pursuant to Local Civil Rule 6.4, and Federal Rules of Civil Procedure 4, and 6, adjourning, or enlarging the Plaintiff's time to file proof of service by twenty (20) business day from July 23, 2020, and granting such other and further relief as the Court deems just, and equitable.

    The reasons why I am entitled to the relief I seek are the following:

1)    The Plaintiff is informed and believes, and based thereon avers that the defendant Charles Gray <u>has not been</u> served by the United States Marshall Service.

2)    The Plaintiff is informed and believes, and based thereon avers that the attached copy of the email message is an authentic communication from the United States Marshall Service calculated to update the Plaintiff on the status of service of the Summons, and Complaint upon the defendant Charles Gray.

3)    That the instant email message received today, <u>Monday, July 20, 2020</u> is the first, and only communication between the Plaintiff, and the United States Marshall Service which identified the status of the attempt to serve the defendant Charles Gray.

4)    That if it pleases the Court, the Plaintiff will provide the email address previously utilized to transmit contracts, and to otherwise communicate with the defendant Charles Gray in addition to

identifying the work address, or other address as the Court instructs the Plaintiff to locate, and provide.

5)   The Plaintiff is informed and believes, and based thereon avers that the United States Marshall Service does not have further information regarding the service of the Summons, and Complaint upon the defendant Charles Gray as of this writing.

WHEREFORE, the Plaintiff respectfully seeks leave of this Court for an Order, pursuant to Local Civil Rule 6.4, and Federal Rules of Civil Procedure 4, and 6, adjourning, or enlarging the Plaintiff's time to file proof of service by twenty (20) business day from July 23, 2020, and granting such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing statements are true and correct.

Affirmed on the 20th day of July, 2020

*Renzer Bell*
Renzer Bell

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Renzer Bell

        Plaintiff,

-against-

Charles Gray,

        Defendant.

Case No.: **20 CV 01588(LGS)(SLC)**

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK   )
COUNTY OF NEW YORK ) SS.:

Renzer Bell, makes the following affirmation under the penalties of perjury:

I, Renzer Bell, am Plaintiff in the above titled action, and declare subject to penalty of perjury that on July 20, 2020, I served one (1) true copy each of the annexed Supplemental Affidavit in the following manner:

By delivering the aforementioned documents to a United States Post Office, under the exclusive management and control of the United States Postal Service, addressed to the attorney(s) for the defendants as indicated below:

Charles Gray
3574 Multiview Drive
Los Angeles, California 90068

Affirmed on the 20th day of July 2020

                                                        _____
                                                        Renzer Bell