UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RENZER BELL,

                Plaintiff,

         -against-

CHARLES GRAY,

                Defendant.
------------------------------------------------------------X

20 Civ. 1588 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 8, 2020, an Order (Dkt. 22) was issued directing the United States Marshals' Service to effect service on Defendant; it is hereby

**ORDERED** that, paragraph 5 of the Order, at Dkt. 22, is hereby amended as follows:

**ORDERED** that, by **September 18, 2020**, the United States Marshals' Service shall effect service of Defendant by certified mail.

Dated: September 9, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**