```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                 :

RENZER BELL,                                        :

                          Plaintiff,          :

                                                :              20-CV-01588 (JPC)

          -v-                                :

                                                :              NOTICE OF

CHARLES GRAY,                         :              <u>REASSIGNMENT</u>

                                                :

                        Defendant.     :

                                                :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for *Pro Se* Litigants, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: October 8, 2020
      New York, New York                _____
                                                  JOHN P. CRONAN
                                           United States District Judge