| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Renzer Bell | COURT CASE NUMBER<br>20cv1588 |
|---|---|
| DEFENDANT<br>Gray | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Charles Gray

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3574 Multiview Drive Los Angeles, California 90068

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Renzer Bell C/O Rodney Finkley
1957 Shaker Falls Lane
Lawrenceville, GA 30045

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 4/9/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>P1 | District of Origin<br>No. 054 | District to Serve<br>No. 054 | Signature of Authorized USMS Deputy or Clerk<br>*AH* | Date<br>04/09/2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Signature illegible- refer to tracking # & slip

Date 9/17/20   Time ☐ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
*Butler*

| Service Fee<br>$16.00 | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges<br>$16.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS
4/16/20 - Set up for mail service
9/14/20 - Set up for Certified mail service per Order Doc #25

SERVED BY CERTIFIED MAIL
RECEIPT # 9414 7169 0224 6689 4793 43
RECEIPT #
DATE MAILED 9/14/20

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

20-1588-1

**CERTIFIED MAIL**

**SENDER:**
- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X _[signature]_

B. Received By: (Printed Name)
680 50 C9

D. Date of Delivery: 9-18

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Charles Gray
3574 Multiview Drive
Los Angeles CA 90068

3. Service Type
☑ Certified Mail®

9490 9139 0224 6689 4793 78

2. Article Number (Transfer from service label)
9414 7169 0224 6689 4793 43

PS Form 3811 Facsimile, July 2015 (SBC 3930)

Domestic Return Receipt

# USPS Tracking®

FAQs

## Track Another Package +

**Tracking Number:** 9414716902246689479343

Remove

Your item was delivered to an individual at the address at 2:49 pm on September 17, 2020 in LOS ANGELES, CA 90068.

## Delivered

September 17, 2020 at 2:49 pm
Delivered, Left with Individual
LOS ANGELES, CA 90068

**Get Updates**

Feedback

### Text & Email Updates

### Tracking History

**September 17, 2020, 2:49 pm**
Delivered, Left with Individual
LOS ANGELES, CA 90068
Your item was delivered to an individual at the address at 2:49 pm on September 17, 2020 in LOS ANGELES, CA 90068.

**September 14, 2020, 1:24 pm**
Shipping Label Created, USPS Awaiting Item
NEW YORK, NY 10007

**Product Information**

**See Less**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

