```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RENZER BELL,                                                           :
                                                                       :
                          Plaintiff,                                   :
                                                                       :     20-CV-1588 (JPC)
              -v-                                                      :
                                                                       :     ORDER
CHARLES GRAY,                                                          :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 24, 2020, Plaintiff Renzer Bell filed an Affidavit in Support of Equitable Demand for Entry of Default Against the Defendant Charles Gray. (Dkt. 31). On December 8, 2020, this Court entered an Order construing Plaintiff's submission as a motion for default judgment. (Dkt. 34). The Court further ordered that (1) Defendant shall file any opposition to the motion by January 5, 2021, and (2) Defendant appear and show cause before the Court on January 20, 2021, at 3:30 p.m., why an order should not be issued granting a default judgment against Defendant. (*Id.*)

In the event that Defendant does not appear at the hearing on January 20, 2021, at 3:30 p.m., Plaintiff is directed to be prepared to discuss the following subjects at the conference:

(1) The formation of the contracts entered into by Plaintiff and Defendant;

(2) Any communication with Defendant or representatives for Defendant regarding the litigation and intent to challenge the suit, including discussions about the alleged illegal conduct prior to the filing of the lawsuit;

(3) The basis for Plaintiff's request for compensatory and incidental damages; and

(4) The enforceability of the liquidated damages provision in the contracts.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated: January 15, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge