UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

RENZER BELL,                         :

              Plaintiff,       :

                                  :          20-CV-1588 (JPC)

        -v-                 :

                                  :          <u>ORDER</u>

CHARLES GRAY,                :

                                  :

             Defendant.    :

                                  :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

For reasons stated at the January 20, 2021 hearing, Plaintiff Renzer Bell is directed to provide the Court with any information, if available, that could assist the Court in determining whether Defendant Charles Gray resides at the address listed on the certified mail receipt. (Dkt. 32). Plaintiff also is directed to provide the Court, to the extent available, with any other means of contacting Defendant, such as any telephone number(s) or e-mail address(es). Plaintiff should provide any such information to the Court by February 26, 2020.

The Court will provide further guidance to the parties as to future proceedings after the U.S. Marshals' Service attempts personal service on Defendant. (Dkt. 36).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 26, 2021
      New York, New York                       JOHN P. CRONAN
                                      United States District Judge