UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Renzer Bell

        Plaintiff,

-against-

Charles Gray,

        Defendant.

Case No.: **20 CV 01588(LGS)(SLC)**

**SUPPLEMENTAL AFFIDAVIT IN RESPONSE TO ORDER, AND MOTION FOR LEAVE TO SERVE THE DEFENDANT CHARLES GRAY AT THE RECENTLY REVEALED ADDRESS WITHIN NEW YORK STATE**

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NEW YORK  )

Renzer Bell, makes the following affirmation under the penalties of perjury:

I, Renzer Bell, am Plaintiff in the above titled action, and respectfully move this Court to issue for an Order, pursuant to Local Civil Rule 6.4, and Federal Rules of Civil Procedure 4, and 6, adjourning, or enlarging the Plaintiff's time to serve defendant Charles Gray a/k/a Charles Eric Gray, and granting such other and further relief as the Court deems just, and equitable.

The reasons why I am entitled to the relief I seek are the following:

1) The Plaintiff is informed and believes, and based thereon avers that the defendant Charles Gray has not been served by the United States Marshall Service.

2) That the Plaintiff executed a search using Google for the defendant Charles Gray several days ago.

3) That the Plaintiff found a civil action in California in which the defendant Charles Gray is a named defendant.

4) That the Plaintiff contacted the law firm of Robert B. Mobasseri, PC via telephone, and left a message several days ago.

5) The Plaintiff is informed and believes, and based thereon avers that David Alan Cooper, Esq., adverse

counsel for the Plaintiff in the California civil action, telephoned the Plaintiff in the instant action on February 22, 2021.

6) The Plaintiff is informed and believes, and based thereon avers that David Alan Cooper, Esq. is admitted to the California State Bar under bar # 190203.

7) The Plaintiff is informed and believes, and based thereon avers that Robert B. Mobasseri, PC is located at 515 South Figueroa Street, Suite 1200, Los Angeles, California 90071.

8) The Plaintiff is informed and believes, and based thereon avers that Robert B. Mobasseri, PC utilizes (213)282-2000, and (213) 282-3000 respectively as telephone, and facsimile numbers.

9) The Plaintiff is informed and believes, and based thereon avers that David Alan Cooper, Esq telephoned the Plaintiff utilizing mobile telephone number (818)416-9867.

10) The Plaintiff is informed and believes, and based thereon avers that David Alan Cooper, Esq. provided Yonkers KIA as the work place for defendant Charles Gray a/k/a Charles Eric Gray.

11) The Plaintiff is informed and believes, and based thereon avers that David Alan Cooper, Esq. provided Yonkers KIA, 1850 Central Park Avenue, Yonkers, New York 10710 as the address at which defendant Charles Gray a/k/a Charles Eric Gray was served with the Summons, and Complaint in the aforementioned California State civil action.

12) The Plaintiff is informed and believes, and based thereon avers that the aforementioned California State civil is styled John O. O' Boyle, III v. Motocars West, LLC d/b/a The Auto Gallery, et al., case no. 19STCV29675.

13) That the Plaintiff respectfully seeks leave of the Court for the opportunity to serve the defendant Charles Gray a/k/a Charles Eric Gray at Yonkers KIA pursuant to the information provided by David Alan Cooper Esq.

WHEREFORE, the Plaintiff respectfully seeks leave of this Court for an Order, pursuant to Local Civil Rule 6.4, and Federal Rules of Civil Procedure 4, and 6, adjourning, or enlarging the Plaintiff's time to serve

defendant Charles Gray a/k/a Charles Eric Gray, and granting such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing statements are true and correct.

Affirmed on the 23rd day of February, 2021

_____
Renzer Bell