| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Renzer Bell | 20-cv-1588 |
| DEFENDANT | TYPE OF PROCESS |
| Charles Gray | Summons & Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Charles Gray
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Yonkers KIA, 1850 Central Park Avenue Yonkers, New York, 10710

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Renzer Bell
5736 Cleveland Road
Jacksonville, FL 32209

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
S. Harrold
TELEPHONE NUMBER
DATE 3/1/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk: B.M | Date: 3/1/21 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above): Mike Romano Sales Manager
Date: 3/2/21
Time: 12:00 ☒ pm

Signature of U.S. Marshal or Deputy: 4287

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | 12.15 | | $142.15 | | |

REMARKS: Set up for direct P/S, fwd to WP

MAR - 2 2021

U.S. DISTRICT COURT FILED MAR 11 2021 S.D. OF N.Y.

1:2020-CV-01588-2

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-1588 (JPC-SLC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Charles, Gray**
was received by me on *(date)* **March 2, 2021**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Served to Yonkers Kia Sales Manager Mike Romano Whom place it on Charles Gray mail box**

My fees are $ **8** for travel and $ **142.15** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **March 2, 2021**

_____
Server's signature

**Ivan Santos**
Printed name and title

**500 Pearl St.**
Server's address

Additional information regarding attempted service, etc: