UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RENZER BELL,                                                           :
                                                                       :
                           Plaintiff,                                  :
                                                                       :         20 Civ. 1588 (JPC)
            -v-                                                        :
                                                                       :         ORDER
CHARLES GRAY,                                                          :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court directed the parties to appear for a teleconference on August 18, 2021, at 12:00 p.m., to discuss Defendant's July 28, 2021 pre-motion letter, Dkt. 50, Plaintiff's motion for default judgment, Dkt. 42, and Defendant's opposition to Plaintiff's motion for default judgment, Dkt. 49. Plaintiff did not appear for the conference.

      For the reasons set forth at the August 18, 2021 conference, the Court vacates the Certificate of Default entered against Defendant. Further, Defendant's forthcoming motion to dismiss shall be filed by September 17, 2021. Plaintiff's opposition is due by October 15, 2021, and Defendant's reply is due by October 29, 2021. Defendant may raise any of his arguments for dismissal in this motion.

      The Clerk of Court is respectfully directed to vacate the Certificate of Default entered at Docket Number 43 and send a copy of this Order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: August 18, 2021
      New York, New York
                                                      JOHN P. CRONAN
                                                      United States District Judge