UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                          :

RENZER BELL,                            :

               Plaintiff,           :

                             :          20 Civ. 1588 (JPC)

       -v-                      :

                             :          <u>ORDER</u>

CHARLES GRAY,                  :

                             :

           Defendant.        :

                             :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On December 7, 2021, Plaintiff filed an amended complaint in this action.  Dkt. 74.

Defendant previously moved to dismiss Plaintiff's original complaint on September 17, 2021.  Dkt.

61.  As such, Plaintiff cannot file an amended complaint without seeking leave of the Court or the

consent of the Defendant.  Fed. R. Civ. P. 15(a).  The Court thus rejects Plaintiff's purported

amended complaint.  Plaintiff may move to amend pursuant to Rule 15(a)(2) by December 30,

2021.  If the Plaintiff does so, Plaintiff should explain why amendment would not be futile in light

of the Defendant's letter of December 10, 2021.  Dkt. 75.  The Clerk of Court is respectfully directed

to mail this order to the *pro se* Plaintiff.

        SO ORDERED.

Dated: December 17, 2021
       New York, New York                          JOHN P. CRONAN
                                         United States District Judge