UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RENZER BELL,

                Plaintiff,

       -v-

CHARLES GRAY,

                Defendant.

------------------------------------------------------------------X

20 Civ. 1588 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On January 26, 2022, Plaintiff filed a motion to amend the Complaint.  Dkt. 83.  Defendant shall file a letter by February 2, 2022 indicating whether he intends to oppose the requested amendment.  If Defendant intends to oppose the motion to amend, the Court will set a briefing schedule for that motion.  If Defendant does not intend to oppose the motion to amend, Defendant also shall advise the Court whether he intends to rely on his previously filed motion to dismiss or file a supplemental motion and briefing.  Dkt. 61.

    SO ORDERED.

Dated: January 28, 2022
     New York, New York

                                  JOHN P. CRONAN
                         United States District Judge