UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RENZER BELL

                      Plaintiff,                    20 **CIVIL** 1588 (JPC)(SLC)

      -against-                               **JUDGMENT**

CHARLES GRAY

                   Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated September 30, 2022, the Court grants Gray's motion to dismiss, dismisses the Complaint without prejudice, and denies Bells motion for leave to amend the Complaint. The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 61 and 83, to close this case, and to enter judgment. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal of this Order would not be taken in good faith, and therefore denies in forma pauperis status for purposes of appeal.

**Dated:** New York, New York
          September 30, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                           **BY:**

                                                          **Deputy Clerk**